IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRYK STRZELETZ,<br>　　　　　Plaintiff<br><br>　　v.<br><br>CHIEF GATHERING, LLC A WHOLLY OWNDED SUBSIDIARY OF ENERGY TRANSFER PARTNERS,<br>　　　　　Defendant | No. 3:16v157<br><br>(Judge Munley) |

## ORDER OF DISMISSAL

Upon notice to the Court by counsel that this case is settled, it is hereby ordered that this case is dismissed without costs. The parties will have **sixty (60)** days in which to consummate the settlement.

BY THE COURT:

/s/ JUDGE JAMES M. MUNLEY
United States District Court

Date: 5/8/17